Owen Yeates (pro hac vice pending)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Ste. 801
Washington, DC 20036
202-985-1644
oyeates@ifs.org

Albert Jones (Bar No. 14144)
VALLEY LAW, PLLC
517 S. 22nd Ave.,
Ste. 5
Bozeman, MT 59718
406-319-3024
albert@valleylawmt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| FRONTIER INSTITUTE, a Montana nonprofit corporation; FRONTIER ACTION FUND, a Montana nonprofit corporation; MONTANA FAMILY INSTITUTE, a Montana nonprofit corporation; MONTANA FAMILY FOUNDATION, a Montana nonprofit corporation; and MONTANA REPUBLICAN STATE CENTRAL COMMITTEE, a Montana political party committee,<br>*Plaintiffs*,<br>*v.*<br>AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; and CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br>*Defendants*. | No. 6:26-cv-00073-WWM<br><br>**MOTION FOR PRELIMINARY INJUNCTION** |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, by and through undersigned counsel, hereby move to preliminarily enjoin Defendants from enforcing the provisions of I-194, including any related sanctions or fines, or, in the alternative, from enforcing against Plaintiffs the provisions of I-194, including any related sanctions or fines.

Because the case is essentially legal in character and poses no apparent factual disputes, Plaintiffs Frontier and MTGOP respectfully request that the Court—upon notice to the Defendants—advance the trial on the merits and consolidate it with a hearing under Fed. R. Civ. P. 65(a)(2). Given the urgent need for relief from ongoing harm to First Amendment rights, however, Plaintiffs would waive the request for consolidation with a trial on the merits should the Court believe that discovery is warranted.

Given that Plaintiffs seek to vindicate important First Amendment rights, it requests that the Court exercise its discretion to waive the security requirements of Fed. R. Civ. P. 65(e), or that it set bond at the

nominal amount of $1.00. *See Barahona-Gomez v. Reno*, 167 F.3d 1228, 1237 (9th Cir. 1999).

In support of this motion, Plaintiffs rely upon the attached memorandum of points and authorities; the declarations of Kendall Cotton, Derek Oestreich, Arthur Wittich, and Owen Yeates; the exhibits; the complaint; and any other argument or material that the Court may receive or of which the Court may take judicial notice.

**Oral Argument Requested**

Because of the importance of the issues, Plaintiffs request oral argument, with 30 minutes for each side.

Respectfully submitted this 12th day of November, 2026.


*/s/ Albert Jones*

Owen Yeates (pro hac vice pending)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW,
Ste. 801
Washington, DC 20036
202-985-1644
oyeates@ifs.org

Albert Jones (Bar No. 14144)
VALLEY LAW, PLLC
517 S. 22nd Ave.,
Ste.5
Bozeman, MT 59718
406-319-3024
albert@valleylawmt.com/

*Counsel for Plaintiffs*