Austin Knudsen
*Montana Attorney General*
Christian B. Corrigan
*Solicitor General*
Brent Mead
*Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
Christian.Corrigan@mt.gov
Brent.Mead2@mt.gov

*Attorneys for Defendant Austin Knudsen*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FRONTIER INSTITUTE, a Montana nonprofit corporation; FRONTIER ACTION FUND, a Montana nonprofit corporation; MONTANA FAMILY INSTITUTE, a Montana nonprofit corporation; MONTANA REPUBLICANSTATE CENTRAL COMMITTEE, a Montana political party committee,<br><br>*Plaintiffs,*<br><br>v.<br><br>AUSTIN KNUDSEN in his official capacity as Montana Attorney General; and CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendants.* | Cause No. CV 26-73-H-WWM<br><br>**NOTICE OF DEFENDANT AUSTIN KNUDSEN** |

Defendant Austin Knudsen, in his official capacity as Montana Attorney General, hereby provides notice to the Court and the parties that in *Frontier Institute v. Knudsen*, No. 6:26-cv-73 (D. Mont.), and *Chamber of Commerce v. Knudsen*, No. 6:26-cv-75 (D. Mont.), the Attorney General will not defend the constitutionality of Initiative 194. The Attorney General has determined that Initiative 194 plainly violates the First Amendment under the U.S. Supreme Court's decisions in *First Nat'l Bank v. Bellotti*, 435 U.S. 765 (1978), and *Citizens United v. Fed. Election Comm'n*, 558 U.S. 310 (2010). This is consistent with the Attorney General's prior legal position when evaluating similar proposals that restrict the political speech for entities with corporate charters. *See, e.g.*, Response to Petition for Declaratory Relief on Original Jurisdiction, *Transparent Election Initiative v. Knudsen*, No. OP 26-0170, at *16 (Mont. Mar. 20, 2026) ("BI-9 completely bans political speech regardless of purpose"); *id.* at *14 ("This Court stops government action that engaged in content-based judgment of permissible speech.").

The Attorney General also provides notice that he will enforce Initiative 194 until the judicial branch can render a decision in this

matter. Finally, the Attorney General expressly reserves his right to appeal any ruling from the Court.

DATED this 13th day of November 2026.

Austin Knudsen
*Montana Attorney General*

/s/ *Christian B. Corrigan*
Christian B. Corrigan
Brent Mead
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

*Attorneys for Defendant Austin Knudsen*