**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| IN RE: BALLOT INITIATIVE 194 LITIGATION | CV 26-73-H-WWM<br>ORDER OF RECUSAL |

I hereby recuse myself from all further proceedings in this action and request that it be reassigned.

DATED this 13th day of November, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE