IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN RE: BALLOT INITIATIVE 194 LITIGATION | CV-26-73-H- WWM<br>CV-26-75-H-WWM<br><br>**ORDER** |

IT IS HEREBY ORDERED that these cases are REASSIGNED to the Honorable Brian Morris for all further proceedings.

DATED this16th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts