Matthew T. Cochenour
Mary E. Cochenour
**COCHENOUR LAW OFFICE, PLLC**
7 West 6th Avenue, Suite 4I
Helena, MT 59601
(406) 422-8716
matt@cochenourlawoffice.com
mary@cochenourlawoffice.com

Seth P. Waxman*
Daniel S. Volchok*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com

Alex W. Miller*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alex.miller@wilmerhale.com

Patrick Moore, Jr.*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
pat.moore@wilmerhale.com

*Attorneys for Proposed Intervenor-Defendant*

* *Pro Hac Vice* Motions Forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN RE: BALLOT INITIATIVE 194 LITIGATION | Docket No. CV-26-73-H-BMM<br>(lead case)<br><br>**MOTION TO INTERVENE IN CONSOLIDATED CASES** |

Pursuant to Federal Rule of Civil Procedure 24, proposed Intervenor-Defendant the Transparent Election Initiative (TEI) moves to intervene as a defendant in the consolidated cases *Frontier Institute*

*v. Knudsen*, CV-26-73-H-WWM and *Chamber of Commerce of the United States of America v. Knudsen*, CV-26-75-H-WWM.

Intervention is warranted because TEI has a direct and substantial interest in the subject matter of this litigation, disposition of this litigation may impair its ability to protect its interests, and existing Defendants do not adequately represent TEI's interests.

This motion is supported by TEI's supporting brief and the declaration of Jeff Mangan. Proposed Answers to Plaintiffs' complaints accompany the motion as required by Rule 24(c).

If the motion is granted, TEI requests that the Court set a deadline of December 4, 2026, or a date the Court deems appropriate for TEI to respond to the preliminary-injunction motions. The additional time is requested due to counsel traveling out of state to attend a family member's funeral.

Pursuant to Local Rule 7.1(c), counsel for the parties in the consolidated cases were contacted for their position on November 16, 2026. Counsel for Frontier Institute does not consent to TEI's intervention or to the requested December 4 briefing deadline. No other parties have responded as of this filing.

Submitted this 17th day of November 2026.

By: /s/ Matthew T. Cochenour

Matthew T. Cochenour
Mary E. Cochenour
**COCHENOUR LAW OFFICE, PLLC**
7 West 6th Avenue, Suite 4I
Helena, MT 59601

Seth P. Waxman*
Daniel S. Volchok*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037

Patrick Moore, Jr.*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109

Alex W. Miller*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Attorneys for Proposed Intervenor-Defendant*

* *Pro Hac Vice* Motions Forthcoming