# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

FRONTIER INSTITUTE, a Montana nonprofit corporation; FRONTIER ACTION FUND, a Montana nonprofit corporation; MONTANA FAMILY INSTITUTE, a Montana nonprofit corporation; MONTANA FAMILY FOUNDATION, a Montana nonprofit corporation; and MONTANA REPUBLICAN STATE CENTRAL COMMITTEE, a Montana political party committee,

*Plaintiffs*,
*v*.

AUSTIN KNUDSEN, in his official capacity as Montana Attorney General; and CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

*Defendants*.

**CV 26-73-H- BMM**

**ORDER TO CONSOLIDATE CASES**

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY,INC., MAKE LIBERTY WIN, MONTANAMINING ASSOCIATION, and PACMANAGEMENT SERVICES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Montana Attorney General*, and CHRISTI JACOBSEN, *in her official capacity as Montana Secretary of State*,<br><br>*Defendants*. | CV 26-81-H- BMM |

**INTRODUCTION**

On November 13, 2026, United States District Judge William W. Mercer consolidated case numbers CV-26-73-H-WWM and CV-26-75-H-WMM. (Doc. 11.) Judge Mercer then recused himself from both cases. (Doc. 12.) The undersigned was assigned both cases on November 16, 2026. (Doc. 13.) Federal Rule of Civil Procedure 42(a) allows a court to "consolidate the actions" "before the court [that] involve a common question of law or fact." Fed. R. Civ. P. 42(a)(1). "Where there is common question of fact or law, cases may be joined in

the interests of efficiency." *Wall v. U.S. Dep't of Agriculture*, No. 16-cv-118, 2016 WL 5816883, at *2 (D. Mont. Oct. 5, 2016). A court "balance[s] the interest of judicial convenience against the potential for delay, confusion and prejudice that may result from such consolidation." *Sadler v. Dutton*, No. 16-cv-83, 2017 WL 3217119, at *1 (D. Mont. June 1, 2017) (quoting *Sapiro v. Sunstone Hotel Inv'rs, L.L.C.*, No. 03-cv-1555, 2006 WL 898155, at *1 (D. Ariz. Apr. 4, 2006)) (quotation marks omitted). District courts have broad discretion under Rule 42 to consolidate cases pending in the same district. *See Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989).

Plaintiffs in all three actions seek declaratory and injuctive relief to prevent implementation of Ballot Initiative 194, (I-194) the "Exclude Political Spending from Artificial Persons' Charter Powers Initiative" adopted by the Montana voters in the 2026 November general election. All three complaints assert that I-194 is an unlawful restriction on the freedom of speech provided under the First Amendment of the United States Constitution. The issues in the cases are facial challenges to the constitutionality of I-194 and, therefore, involve common questions of law while presenting no apparent risk of delay, confusion or prejudice, Accordingly,

**IT IS ORDERED** that pursuant to the Guide for Filing in the District of Montana at page 34 regarding consolidated cases, all documents shall be e-filed in

the LEAD case (CV-26-73-H-BMM) and spread to the appropriate member case (CV-26-75-H-BMM and CV-26-81-H-BMM), unless otherwise ordered. When prompted to spread, users should answer "yes". If you have any questions before filing any documents, please contact the Clerk's Office at (406) 727-1922.

DATED this 17th day of November 2026.

Brian Morris
United States District Court Judge