IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FRONTIER INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>Defendants. | CV-26-73-H-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Owen Yeates to appear *pro hac vice* in this case with Albert Jones designated as local counsel. (Doc. 5.) The application of Mr. Yeates appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Plaintiffs' motion to allow Mr. Yeates to appear before this Court (Doc. 5) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Yeates must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Mr. Yeates shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Yeates, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Yeates shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts