Matthew T. Cochenour
Mary E. Cochenour
**COCHENOUR LAW OFFICE, PLLC**
7 West 6th Avenue, Suite 4I
Helena, MT 59601
(406) 422-8716
matt@cochenourlawoffice.com
mary@cochenourlawoffice.com

Seth P. Waxman*
Daniel S. Volchok*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com

Alex W. Miller*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alex.miller@wilmerhale.com

Patrick Moore, Jr.*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
pat.moore@wilmerhale.com

*Attorneys for Proposed Intervenor-Defendant*

* *Pro Hac Vice* Motions Forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN RE: BALLOT INITIATIVE 194 LITIGATION | Docket No. CV-26-73-H-BMM<br>(lead case)<br><br>**NOTICE OF PARTY POSITION ON PROPOSED INTERVENOR-DEFENDANT'S MOTION TO INTERVENE IN CONSOLIDATED CASES** |

Proposed Intervenor-Defendant the Transparent Election Initiative (TEI) has moved to intervene as a defendant in the consolidated cases *Frontier Institute v. Knudsen*, CV-26-73-H-WWM and *Chamber of Commerce of the United States of America v. Knudsen*, CV-26-75-H-WWM. *See* Doc. 14.

The motion inadvertently omitted the position of counsel for the *Chamber of Commerce* plaintiffs. Counsel for the U.S. Chamber plaintiffs consents to TEI's intervention but cannot consent at this time to requested December 4 briefing deadline.

Submitted this 17th day of November 2026.

By: Matthew T. Coch [signature]

Matthew T. Cochenour
Mary E. Cochenour
**COCHENOUR LAW OFFICE, PLLC**
7 West 6th Avenue, Suite 4I
Helena, MT 59601

Seth P. Waxman*
Daniel S. Volchok*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037

Patrick Moore, Jr.*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109

Alex W. Miller*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Attorneys for Proposed Intervenor-Defendant*

* *Pro Hac Vice* Motions Forthcoming